FILED
CLERK, U.S. DISTRICT COURT

NOV - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC L. WALTON,<br><br>Defendant. | Case No. CR 16-655-PA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 2. 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Ashfaq Chowdhury.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ Allegations in petition which include failures to report changes of residence address to the Probation Officer as directed, failures to report for drug testing, and use of marijuana while on supervised release.

    ☒ unverified information

    ☒ no known community ties or bail resources

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ criminal history

    ☒ allegations in the Petition for Revocation which suggest substance abuse

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 2, 2016

                                       /s/
                                     ALKA SAGAR
                                 UNITED STATES MAGISTRATE JUDGE