

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC L. WALTON,<br>Defendant. | Case No. CR 16-655-PA<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 4, 2018, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Deputy Federal Public Defender ("DFPD") Nadine Hettle was appointed to represent Defendant.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failing to appear for random drug testing on multiple occasions, submitting a positive drug test and failing to report for mental health treatment and counseling as directed by the U.S. Probation Officer.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)
> ☒ criminal history which includes history of revocations

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 4, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE