FILED
CLERK, U.S. DISTRICT COURT

JAN 1 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No.: CR 16 - 655 PA
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )   ORDER OF DETENTION AFTER HEARING
                                   )   [Fed. R. Crim. P. 32.1(a)(6);
Eric L. Walton,                    )    18 U.S.C. § 3143(a)]
                                   )
                    Defendant.     )
_____)

        The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
Central District/Calif. for alleged violation(s) of the terms and
conditions of (his)/her [probation] (supervised release); and

        The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.   (✓)  The defendant has not met (his)/her burden of establishing by
         clear and convincing evidence that (he)/she is not likely to flee
         if released under 18 U.S.C. § 3142(b) or (c).  This finding is
         based on two prior SR revocations, unknown recent background

and bail resources, use of numerous personal identifiers, failed to appear for hearing, history of substance abuse testing

(and)/or

B.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: criminal history including drugs, violence, guns; two prior SR violations, history of substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  Jan 11, 2019

_Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2